


7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

New York | Los Angeles | Miami

www.pryorcashman.com

**Application GRANTED.** Defendant shall answer, move, or otherwise respond to the Complaint by **March 1, 2024.** The initial pretrial conference is **ADJOURNED** to **March 20, 2024, at 11:30 A.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 371 865 728, followed by the pound sign (#). The parties shall file the joint status letter and proposed case management plan by **March 13, 2024.** So Ordered.

**Vanessa P. Avello**
Associate

Direct Tel: 212-326-0**163**
Direct Fax: 212-798-6379
vavello@pryorcashman.com

<u>VIA ECF</u>

The Honorable Dale E. Ho
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

_/s/ Dale E. Ho_
Dale E. Ho
United States District Judge
Dated: January 25, 2024
New York, New York

Re:   <u>*Onyemelukwe v. Levy Group, Inc.*</u> **- Civil Action No. 1:23-CV-9974 (DEH)**

Dear Judge Ho:

    We represent Defendant The Levy Group, Inc. ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases at 2(e), we write with consent of Plaintiff's counsel to respectfully request an adjournment of the Initial Pretrial Conference, which is currently scheduled on January 31, 2024, for the reasons discussed below. We understand that Plaintiff's counsel will file an Amended Complaint by January 31, 2024, and Defendant will need 30 days to prepare a response. Defendant's counsel also needs additional time to review and investigate Plaintiff's allegations, as there was a delay in determining whether Defendant's insurance carrier would handle this matter. Additionally, the Parties are exploring the possibility of settling this matter, and the additional time would help the Parties determine if that can be done, and the best way to do so.

    Therefore, we respectfully request that: 1) the deadline for Defendant's response to the Amended Complaint be set to March 1, 2024 (i.e., 30 days after the Amended Complaint is filed); and 2) that the Initial Pretrial Conference be rescheduled for at least two weeks after Defendant has responded to Plaintiff's Amended Complaint (i.e., March 15, 2024, or thereafter). The Parties have not requested any other extensions or adjournments to date.

    We thank Your Honor for your time and consideration.

                               Respectfully,

                                 */s/ Vanessa P. Avello*
                                 Vanessa P. Avello

06844.00001